SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

JULIA B. STRICKLAND (SBN 083013)
Jstrickland@stroock.com
MARCOS D. SASSO (SBN 228905)
Msasso@stroock.com
RAYMOND A. GARCIA (SBN 279884)
Rgarcia@stroock.com
**STROOCK & STROOCK & LAVAN LLP.**
209 Century Park East
Los, Angeles CA 90067-3086
Telephone:  (310) 556-5800
Facsimile:   (310) 556-5959

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ANDERSON**,** <br><br>                  Plaintiff, <br><br>       v. <br><br> CITIBANK, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive**,** <br><br><br>                   Defendants. | Case No.: 5:13-cv-01565-HRL <br><br> STIPULATED REQUEST FOR DISMISSAL |

STIPULATED REQUEST FOR DISMISSAL - 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the above captioned case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   June 25, 2013         /s/ *Jarrett S. Osborne-Revis*
                               Scott J. Sagaria
                               Elliot W. Gale
                               Jarrett S. Osborne-Revis
                               **Sagaria Law, P.C.**
                               Attorneys for Plaintiff

Dated: June 20, 2013           /s/ *Marcos D. Sasso*
                               Julia B. Strickland
                               Marcos D. Sasso
                               Raymond A. Garcia
                               **Stroock & Stroock & Lavan LLP.**
                               Attorneys for Defendant

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: June 28, 2013

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD